UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NATIONAL RAILROAD PASSENGER**
**CORPORATION d/b/a AMTRAK,**
a Foreign Corporation,

    Plaintiff,

vs.                                    CASE NO.: 8:20-cv-1134

**STEADFAST INSURANCE COMPANY,**

    Defendant.

_____/

**AMTRAK'S MOTION FOR CLERK'S DEFAULT AGAINST STEADFAST**

The Plaintiff, NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK ("Amtrak"), by and through the undersigned counsel, pursuant to Fed.R.Civ.P. 55(a) and L.R. 1.07 files this Motion with the Clerk of this Court for the entry of default against STEADFAST INSURANCE COMPANY ("Steadfast"), and in support states:

1. On May 15, 2020, Amtrak filed its complaint for declaratory judgment and indemnity up to the policy aggregate limit of $6,000,000. **Exhibit 1.**

2. On July 7, 2020 Steadfast was served with a copy of the summons and the complaint. **Exhibit 2.**

3. Steadfast's response was due no later than July 28, 2020. *See* Fed.R.Civ.P. 12(a)(1)(A)(i).

4. To date, Steadfast has failed to respond to the complaint, or moved for an extension of time to file a response.

5. Amtrak accordingly requests that the Clerk of this Court enter a default against Steadfast pursuant to Fed.R.Civ.P. 55(a) and L.R. 1.07.  It is this Court's position that when a defendant has failed to plead or otherwise defend, the clerk must enter a default.  *See Matthew v. Hi Tech Elec. Disp., Inc.*, No: 8:04-cv-2021-T-23MSS, 2005 WL 5950966 (M.D. Fla. Oct. 17, 2005) (**Merryday J.**).

6. A proposed order granting this motion is attached as **Exhibit 3.**

Dated:  July 30, 2020

> */s/ Daniel J. Fleming*
> DANIEL J. FLEMING
> FB #0871222
> DANIEL A. HOFFMAN
> FB #1000362
> Johnson Pope, LLP
> 401 East Jackson Street, Suite 3100
> Tampa, FL  33602
> (813) 225-2500 / (813) 223-7118
> DFleming@jpfirm.com
> DHoffman@jpfirm.com
> SMartin@jpfirm.com

## CERTIFICATE OF SERVICE

I CERTIFY that on July 30, 2020, I e-filed this document using the CM/ECF system.  I further certify that I am unaware of any non-CM/ECF participants.[1]

> */s/ Daniel J. Fleming*
> DANIEL J. FLEMING

---

[1] Under L.R. 3.01 the undersigned is not required to confer with counsel for Steadfast before filing this application.