IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NATIONAL RAILROAD PASSENGER**
**CORPORATION d/b/a AMTRAK,**
**a Foreign Corporation,**

       **Plaintiff,**

v.                                                                                  Case No.: 8:20-cv-1134-T-36CPT

**STEADFAST INSURANCE COMPANY,**

       **Defendant.**
_____/

## **O R D E R**

This matter is before the Court on Plaintiff Amtrak's Motion for Court Default against Steadfast (Doc. 12).  Plaintiff, National Railroad Passenger Corporation d/b/a Amtrak, seeks entry of default judgment against Defendant, Steadfast Insurance Company, following entry of the Clerk's Default against Steadfast on July 30, 2020.  Doc. 10. Upon consideration, the Court will deny the motion,

Middle District of Florida Local Rule 3.01(a) requires that "[i]n a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request."  M.D. Fla. R. 3.01(a). Other than to state that a clerk's default has been entered against Defendant, Plaintiff has asserted no basis for its requested relief. Additionally, Plaintiff's motion is not accompanied by a memorandum of law.  A clerk's default "does not in itself warrant the court in entering a default judgment." *Nishimatsu Constr. Co., Ltd. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975).  There must be a sufficient factual basis for the judgment entered,

and "[t]he defendant is not held to admit facts that are not well-pleaded or to admit conclusions of law." *Id.* Accordingly, it is hereby

**ORDERED** that Plaintiff Amtrak's Motion for Court Default against Steadfast (Doc. 12) is **DENIED** without prejudice for failing to comply with Local Rule 3.01(a)

**DONE** and **ORDERED** in Tampa, Florida on August 3, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any